UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-56

| | | |
|---|---|---|
| Samuel S. Griffiths | ) | |
| | ) | |
| v. | ) | DISQUALIFICATION ORDER |
| | ) | |
| Northwest Airlines, Inc. | ) | |

The above-captioned case has been assigned to the undersigned. This Court disqualifies itself from hearing this matter, pursuant to 28 U.S.C. § 455. Accordingly, IT IS ORDERED that:

The Clerk of Court is directed to reassign this action pursuant to this Court's Assignment of Cases Order, filed February 5, 1993.

Dated: January 13th, 2000

JAMES M. ROSENBAUM
United States District Judge

FILED JAN 13 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Please use

new case number

CV 00-56 PAM/JGL

For Immediate Release
January 3, 2000

# PRESS RELEASE

## UNITED STATES DISTRICT COURT

Contact: Francis E. Dosal, Clerk
(651) 848-1100

## FEDERAL COURT ADOPTS AMENDMENTS TO LOCAL PRACTICE RULES

The U.S. District Court for the District of Minnesota announces the adoption of several amendments to its local rules of practice. The changes were recommended by the Court's Local Rules Committee chaired by Minneapolis Attorney Cliff Greene of the law firm Greene Espel.

As required by federal statute, the proposed revisions were posted for public review and comment in late 1999. Following consideration of the comments received, the proposed rules were adopted unanimously by the Court to be effective January 3, 2000. The proposed amendments are as follows:

- **LR 5.1**
  Amendments to LR 5.1 and LR 5.2 regarding filing procedures.

- **LR 7.1(b)(2)**
  A new advisory committee's note regarding evidentiary materials submitted with reply briefs.

- **LR 16.1**
  Amendments in response to the requirements of the Alternative Dispute Resolution Act of 1998.

- **LR 83.13**
  New rule regarding the discipline of court appointees.

The amendments to the Local Rules may be obtained in the Office of the Clerk of Court in either St. Paul, Minneapolis or Duluth; by contacting the Clerk of Court at the address below; or online through the Update Service of Westlaw.

Francis E. Dosal, Clerk
U.S. District Court
708 Federal Building
316 North Robert Street
St. Paul, MN 55101
651-848-1100