UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-56 (PAM/JGL)

SAMUEL S. GRIFFITHS,

Plaintiff,

v.

**PRETRIAL ORDER**

INC. NORTHWEST AIRLINES,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is three to four days;

2. All motions which seek to amend any pleading or to add any parties must be filed and heard prior to June 1, 2000;

3. Plaintiff shall disclose all expert witnesses by October 1, 2000; Defendant shall disclose all expert witnesses by November 1, 2000; All parties shall disclose all rebuttal expert witnesses by December 1, 2000; All parties shall disclose all expert witness reports by February 1, 2001, and rebuttal witness reports by March 1, 2001;

4. The period during which the parties may seek discovery shall be completed by April 1, 2001; The following limitations are set with regard to discovery: 30 interrogatories per party, 30 document requests per party, 15 factual depositions per party and 30 requests for admissions per party;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to May 1, 2001;

Filed MAR 22 2000
Francis E. Dosal, Clerk
Judgment Entd.________
Deputy Clerk________

6. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with amendments to the local rules adopted by the Court 1/3/00, prior to June 1, 2001; and

7. This case will be considered "ready for trial" as of June 1, 2001.

DATED: March 22, 2000

JONATHAN LEBEDOFF
United States Magistrate Judge