UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Samuel S. Griffiths,

Plaintiff,

v.

Northwest Airlines, Inc.,

Defendant.

Civ. File No. 00-56 (PAM/JGL)

**ORDER**

---

This matter is before the Court on Plaintiff's pro se Motion to Have the Court Select a Neutral Arbitrator. On March 31, 2000, this Court granted Defendant's Motion to Compel Arbitration and dismissed the action without prejudice. Plaintiff did not appeal this dismissal, and the order thus became final thirty days after it was filed. Fed. R. App. P. 4(a)(1)(A). Therefore, as Defendant points out, there is no case pending before this Court, and the Court does not have jurisdiction over Plaintiff's Motion. If Plaintiff wishes to challenge the procedure for selecting an arbitrator, he must file a new lawsuit.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Have the Court Appoint a Neutral Arbitrator (Clerk Doc. No. 17) is **DENIED**.

Dated: July 2, 2001

Paul A. Magnuson
United States District Court Judge

FILED JUL 03 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK